## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-62345-CIV-SMITH

JASON BUHALIS,

     Plaintiff,

v.

CHAMPION MOTORS, INC., *et al.,*

     Defendants.

_____/

### ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Unopposed Motion for Dismissal with Prejudice [DE 6], in which Plaintiff represents that the parties have reach a settlement and requests that the Court issue an order dismissing the case with prejudice. Upon consideration, it is

**ORDERED** that:

1. This action is **DISMISSED with prejudice**.

2. All motions not otherwise ruled upon are **DENIED as moot**.

3. Each party shall bear its own costs and fees.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of February, 2022.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record